UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Filed MAY 29 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. C V1502000 HRL

David Alan Morgensen

Plaintiff(s),

v.

Downey Savings And loan Association, FA, A California Corporation, U.S. Bank of California, an Oregon Corporation, Greenwich Capital Financial, Inc., A Delaware Corporation, Central Mortgage Company, DBA Central

Defendant(s).

**CLERK'S NOTICE:
CONSENT OR DECLINATION TO
MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

[X] **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( ) **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 5-29-2015    NAME: David Alan Morgensen

COUNSEL FOR
(OR "PRO SE"): _____

David Alan Morgensen
Signature

2