| In Pro Per: | | For Court Use Only |
|---|---|---|
| David Alan Moregensen, In Pro Per<br>375 Woodland Drive<br>Scotts Valley, CA 95066<br>*Telephone No:* 408-466-9311 | | **Filed**<br>MAY 29 2015<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| | *Ref. No. or File No.:* | |
| *In Pro Per:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | |
| *Plaintiff:* David Alan Morgensen | | |
| *Defendant:* Oregon, et al. | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV1502000HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Verified Action; ADR Procedures

3. a. Party served:           Greenwich Capital Financial, Inc., a Deleware Corporation
   b. Person served:         Becky DeGeorge, Person Authorized to Accept

4. Address where the party was served:    CSC Lawyers
                                           2710 Gateway Oaks Dr, Suite 150 N
                                           Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., May. 20, 2015 (2) at: 3:55PM

7. **Person Who Served Papers:**
   a. Daniel S. Singh

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $27.50

   **1500 W. El Camino Avenue, #510**
   **Sacramento, CA 95833**
   **855-5VALPRO, Fax (866) 900-4665**
   **Valpro** www.ValproAttorneyServices.com

   e. I am: (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:      2013-47
   (iii) County:                Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, May. 20, 2015                                           (Daniel S. Singh)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE                              *morgense.3881*