**BUCKLEYSANDLER LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@buckleysandler.com
JESSICA L. POLLET (State Bar No. 266258)
jpollet@buckleysandler.com
H. JOSEPH DRAPALSKI III (State Bar No. 298791)
jdrapalski@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

*Attorneys for Defendant Greenwich Capital Financial Products, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, GREENWICH CAPITAL FINANCIAL, INC., A DELAWARE CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY, and DOES 1 through 10 inclusively,<br><br>    Defendants. | Case No. 5:15-cv-2000-HRL<br><br>**DEFENDANT GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:   The Hon. Magistrate Judge Howard R. Lloyd |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3-15, Defendant Greenwich Capital Financial Products, Inc. ("Greenwich"),[1] hereby files this corporate disclosure statement and discloses the following:

Greenwich is a wholly owned subsidiary of RBS Holdings USA Inc. and an indirect wholly owned subsidiary of the Royal Bank of Scotland Group plc, a public company whose stock is traded on the London Stock Exchange.

DATED: June 11, 2015            BUCKLEYSANDLER LLP

By:  /s/ Fredrick S. Levin
Fredrick S. Levin (State Bar No. 187603)
Attorneys for Defendant Greenwich Capital
Financial Products, Inc.

---

[1] Today, Greenwich Capital Financial Products, Inc. is known as RBS Financial Products Inc.

**BUCKLEYSANDLER LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

Case No. 5:15-cv-2000-HRL
DEFENDANTS RBS FINANCIAL PRODUCTS INC.'S CORPORATE DISCLOSURE STATEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2015, I electronically filed the foregoing **DEFENDANT GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

| | |
|---|---|
| David Alan Morgensen<br>c/o 375 Woodland Drive<br>Scotts Valley, CA 95066 | Plaintiff Pro Se |

/s/ Fredrick S. Levin
Fredrick S. Levin

**BUCKLEYSANDLER LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel (310) 424-3900 • Fax (310) 424-3960