UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ALAN MORGENSEN

Plaintiff(s)

v.

DOWNEY SAVINGS AND LOAN ASSOCIATION, et al.

Defendant(s).

Case No. C 5:15-cv-02000-

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 6/18/2015

NAME: Fredrick S. Levin

COUNSEL FOR (OR "PRO SE"): Greenwich Capital Financial, Inc.

/s/Fredrick S. Levin

*Signature*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2015, I electronically filed the foregoing **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

David Alan Morgensen            Plaintiff
C/O 375 Woodland Drive
Scotts Valley , CA  95066


/s/ Fredrick S. Levin
Fredrick S. Levin