United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DAVID ALAN MORGENSEN, | Case No. 5:15-cv-02000-HRL |
|---|---|
| Plaintiff, | |
| v. | **CLERK'S NOTICE RE MOTION HEARING** |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, et al., | |
| Defendants. | |

Please take notice that defendant Greenwich Capital Financial Products, Inc.'s Motion to Dismiss has been deemed suitable for determination without oral argument, and the July 21, 2015 hearing is vacated. Civ. L.R. 7-1(b).

Dated: July 17, 2015

_____/s/_____
Chambers of Magistrate Judge Howard R. Lloyd

5:15-cv-02000-HRL Notice has been electronically mailed to:

Fredrick Stuart Levin     flevin@buckleysandler.com, docket@buckleysandler.com, tthomas@buckleysandler.com

Henry Joseph Drapalski , III     jdrapalski@buckleysandler.com

5:15-cv-02000-HRL Notice sent by U.S. Mail to:

David Alan Morgensen
c/o 375 Woodland Drive
Scotts Valley, CA 95066