**BUCKLEYSANDLER LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@buckleysandler.com
JESSICA L. POLLET (State Bar No. 266258)
jpollet@buckleysandler.com
DANIEL R. PALUCH (State Bar No. 287231)
dpaluch@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

Attorneys for Defendant Greenwich Capital
Financial, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>Plaintiff,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, GREENWICH CAPITAL FINANCIAL, INC., A DELAWARE CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY, and DOES 1 through 10 inclusively,<br><br>Defendants. | Case No. 5:15-cv-2000-HRL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE**<br><br>The Hon. Magistrate Judge Howard R. Lloyd |

BUCKLEYSANDLER LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

Case No. 5:15-cv-2000-HRL

BUCKLEYSANDLER LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Greenwich Capital Financial, Inc. hereby requests substitution of the following attorney:

> Henry Joseph Drapalski, III (SBN 297111)
> BUCKLEYSANDLER, LLP
> 100 Wilshire Blvd., Suite 1000
> Santa Monica, CA 90401
> Telephone: (310) 424-3900
> Facsimile: (310) 424-3960
> jdrapalski@buckleysandler.com

In his place, defendant designates the following as counsel of record:

> DANIEL R. PALUCH (State Bar No. 287231)
> BUCKLEYSANDLER, LLP
> 100 Wilshire Boulevard, Suite 1000
> Santa Monica, California 90401
> Telephone: (310) 424-3900
> Facsimile: (310) 424-3960
> dpaluch@buckleysandler.com

This constitutes the Notice of Appearance by Daniel Paluch to appear as counsel for Defendant Greenwich Capital Financial, Inc in the above-entitled action.

DATED: August 4, 2015          BUCKLEYSANDLER LLP

By:   /s/ Daniel Paluch
      Daniel Paluch
      Attorneys for Defendant Greenwich Capital
      Financial, Inc.

1

2        I hereby certify that on August 4, 2015, I electronically filed the foregoing **NOTICE OF**

3    **SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE** with the Clerk of the Court

4    using the CM/ECF system which will send notification of such filing to the following:

5

6        I also certify the document and a copy of the Notice of Electronic Filing was served via U.S.

7    Mail on the following non-CM/ECF participants:

8        David Alan Morgensen        Plaintiff Pro Se
         c/o 375 Woodland Drive
9        Scotts Valley, CA 95066

10

11                       /s/ Daniel Paluch
                         Daniel Paluch

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCKLEYSANDLER LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960