**BUCKLEYSANDLER LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@buckleysandler.com
JESSICA L. POLLET (State Bar No. 266258)
jpollet@buckleysandler.com
H. JOSEPH DRAPALSKI III (State Bar No. 298791)
jdrapalski@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

*Attorneys for Defendant Greenwich Capital Financial Products, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>Plaintiff,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, GREENWICH CAPITAL FINANCIAL, INC., A DELAWARE CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY, and DOES 1 through 10 inclusively,<br><br>Defendants. | Case No. 5:15-cv-2000-HRL<br><br>**STIPULATION FOR AN ORDER CHANGING THE DATE OF THE AUGUST 18, 2015 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Proposed] Order filed concurrently herewith.<br><br>Crtrm.: 2, 5th Floor<br>San Jose Courthouse<br>Judge: The Hon. Magistrate Judge Howard R. Lloyd |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff and Defendant Greenwich Capital Financial Products, Inc. ("Defendant"), through their undersigned counsel, agree and stipulate to request an order of this Court to change the date of the initial case management conference from August 18, 2015 to September 17, 2015.

The reason for this request is because Defendant's motion to dismiss is still pending before this Court. If the motion is granted, Plaintiff's case will be dismissed. Therefore, the parties seek to avoid the expense associated with appearing and preparing for the initial case management conference until it is determined that the conference is necessary.

WHEREFORE, the parties request an order changing the date of the August, 18, 2015 initial case management conferenceto September 17, 2015.

RESPECTFULLY SUBMITTED this 30th day of July, 2015.

By: /s/ _____
Fredrick S. Levin (State Bar No. 187603)
flevin@buckleysandler.com
**BuckleySandler LLP**
100 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
Telephone: (310) 424-3984
Facsimile: (310) 424-3960

Jessica L. Pollet
jpollet@buckleysandler.com
**BuckleySandler LLP**
100 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
Telephone: (310) 424-3905
Facsimile: (310) 424-3960

H. Joseph Drapalski III
jdrapalski@buckleysandler.com
**BuckleySandler LLP**
100 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
Telephone: (310) 424-3996
Facsimile: (310) 424-3960

*Attorneys for Defendant Greenwich Capital Financial Products, Inc.*

/s/ _____
David Alan Morgensen
davidmorgensen@gmail.com
c/o 375 Woodland Drive
Scotts Valley, CA 95066
Telephone: (408) 466-9311

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2015, I electronically filed the foregoing **STIPULATION FOR AN ORDER CHANGING THE DATE OF THE AUGUST 18, 2015 INITIAL CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

David Alan Morgensen  
c/o 375 Woodland Drive  
Scotts Valley, CA 95066

Plaintiff Pro Se

/s/ *[signature]*  
Fredrick S. Levin