**BUCKLEYSANDLER LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@buckleysandler.com
JESSICA L. POLLET (State Bar No. 266258)
jpollet@buckleysandler.com
DANIEL R. PALUCH (State Bar No. 287231)
dpaluch@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

Attorneys for Defendant Greenwich Capital Financial, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN, | Case No. 5:15-cv-2000-HRL |
| Plaintiff, | **NOTICE OF FILING** |
| v. | The Hon. Magistrate Judge Howard R. Lloyd |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, GREENWICH CAPITAL FINANCIAL, INC., A DELAWARE CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY, and DOES 1 through 10 inclusively, | |
| Defendants. | |

1  Pursuant to Fed. R. Civ. Proc. 29 and Local Rule 6-1(a) Defendant Greenwich Capital
2  Financial, Inc. ("GCF"), by and through its undersigned attorney, hereby gives notice of filing of
3  the attached stipulation extending by thirty days GCF's time to object or otherwise respond to (1)
4  Plaintiff's "Verified Discovery Requests for Admission" and (2) Plaintiff's "Affidavits of Material
5  Facts".

8  DATED: August 28, 2015         Respectfully submitted,

9                                 BUCKLEYSANDLER LLP

11                                 By:    /s/ Daniel R. Paluch
12                                        Daniel R. Paluch
                                          Attorneys for Defendant Greenwich Capital
13                                        Financial, Inc.

**BUCKLEYSANDLER LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel (310) 424-3900 • Fax (310) 424-3960

Case No. 5:15-cv-2000-HRL
NOTICE OF FILING

BUCKLEYSANDLER LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel (310) 424-3900 • Fax (310) 424-3960

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2015, I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

| | |
|---|---|
| David Alan Morgensen<br>c/o 375 Woodland Drive<br>Scotts Valley, CA 95066 | Plaintiff Pro Se |

/s/ Daniel R. Paluch
Daniel R. Paluch

# Attachment

| | |
|---|---|
| **From:** | David Morgensen |
| **To:** | Paluch, Daniel |
| **Subject:** | Re: Morgensen v. Downey Savings and Loan, N.D. Cal. No. 15-cv-2000 |
| **Date:** | Wednesday, August 26, 2015 2:55:48 PM |

agreed

On Wed, Aug 26, 2015 at 2:14 PM, Paluch, Daniel <dpaluch@buckleysandler.com> wrote:

> Mr. Morgensen,
>
> Per our conversation today, please confirm that you have extended by 30 days Greenwich Capital Financial, Inc.'s time to respond to your (1) "Verified Discovery Requests for Admission" and (2) "Affidavits of Material Facts."
>
> Best,
>
> -Daniel
>
>
> Daniel Paluch
>
> Associate | **BuckleySandler LLP**
>
> 100 Wilshire Boulevard, Suite 1000
>
> Santa Monica, CA 90401
>
> T. 310.424.3941
>
> F. 310.424.3961
>
> dpaluch@buckleysandler.com
>
> www.buckleysandler.com
>
> www.infobytesblog.com
>
>
> This email message (including any attachments) is only for use by the intended recipient(s) and is presumed confidential.  It also may be subject to the attorney-client privilege or other confidentiality protections and may constitute inside information.  If you are not an intended recipient, you may not review, copy, distribute, or otherwise use this message or its contents. If you received this message in error, please notify the sender and delete this message (including any attachments) from your system immediately.  Any unauthorized reading, copying, distribution, or other use of this message or its contents is strictly prohibited and may be unlawful.