UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, et al.,<br><br>  Defendants. | Case No. 5:15-cv-02000-HRL<br><br>**ORDER RE DEFENDANT'S MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 33 |

Defendant Greenwich Capital Financial, Inc. (Greenwich) moves for a protective order re plaintiff's discovery requests.[1]  Upon consideration of the moving papers, and good cause appearing, defendant's motion for protective order is granted as to plaintiff's requests, which were prematurely served.  See Fed. R. Civ. P. 26(d)(1).  Greenwich need not respond to those requests at this time.

Additionally, given the pendency of Greenwich's Fed. R. Civ. P. 12(b)(6) motion to dismiss, the Initial Case Management Conference is continued to January 26, 2016, 1:30 p.m.  All

---

[1] The court has received no opposition papers.  The matter is deemed suitable for determination without oral argument, and the November 17, 2015 hearing is vacated.  Civ. L.R. 7-1(b).

related deadlines are adjusted accordingly.

SO ORDERED.

Dated:   November 13, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

1  5:15-cv-02000-HRL Notice  electronically mailed to:

2  Fredrick Stuart Levin flevin@buckleysandler.com, docket@buckleysandler.com,
3  tthomas@buckleysandler.com

4  Henry Joseph Drapalski , III jdrapalski@buckleysandler.com

5

6  5:15-cv-02000-HRL Notice sent by U.S. Mail to:

7  David Alan Morgensen
   c/o 375 Woodland Drive
8  Scotts Valley, CA 95066