David Alan Morgensen
c/o 375 Woodland Drive
Scotts Valley, California 95066

Phone 408-466-9311
No Fax

In Pro Se



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| David Alan Morgensen, an individual | Case No. 5:15-cv-2000-HRL |
| Plaintiff, | |
| vs. | VERIFIED GOOD-FAITH NOTICE OF MOTION AND MOTION FOR A REASONABLE EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION DUE TO HIS SEVERE AND DEBILITATING ILLNESS AND RELATED HOSPITALALIZATION |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, GREENWICH CAPITAL FINANCIAL, INC., A DELEWARE CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY, and DOES 1 through 10 inclusively; | SEVENTH AMENDMENT TRIAL <u>BY</u> JURY DEMANDED<br><br>Courtroom:   2, 5th Floor<br>San Jose Courthouse<br>Judge:   The Honorable Magistrate Judge HOWARD R. LLOYD |
| Defendants. | |

1

VERIFIED GOOD-FAITH NOTICE OF MOTION AND MOTION FOR A REASONABLE EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION DUE TO HIS SEVERE AND DEBILITATING ILLNESS AND RELATED HOSPITALALIZATION

1. Plaintiff, David Alan Morgensen (Hereinafter, "Plaintiff Morgensen") hereby submits this his document entitled: **VERIFIED GOOD-FAITH NOTICE OF MOTION AND MOTION FOR A REASONABLE EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION DUE TO HIS SEVERE AND DEBILITATING ILLNESS AND RELATED HOSPITALALIZATION.**

2. Plaintiff Morgensen hereby Moves this Honorable Court for an EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION. Plaintiff Morgensen has been extremely ill and has been hospitalized due to such illness. Plaintiff Morgensen simply could not function at all during this time and the stress has complicated his health issues. It is in the record that he cooperated with the Opposition when they asked him for an Extension of time in the past. Plaintiff Morgensen thus Moves this Honorable Court to grant him a reasonable Extension of time of 60 days considering the severe and debilitating illness in which he is suffering.

3. This document contains a 782 word count.

4. This document is executed by the voluntary act of my own hand in Santa Clara County, California state, and is dated this ninth day of the second month, in the year two thousand sixteen, Anno Domini, in the two-hundred and thirty-ninth year of the Independence of America.

_____
David Alan Morgensen, In Pro Se
Authorized Representative
of DAVID ALAN MORGENSEN
(Legal distinction being made on the record)

2

**VERIFIED GOOD-FAITH NOTICE OF MOTION AND MOTION FOR A REASONABLE EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION DUE TO HIS SEVERE AND DEBILITATING ILLNESS AND RELATED HOSPITALALIZATION**

# VERIFICATION

I, Plaintiff David Alan Morgensen, attest to the truth of the following:

I have read the foregoing **VERIFIED GOOD-FAITH NOTICE OF MOTION AND MOTION FOR A REASONABLE EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION DUE TO HIS SEVERE AND DEBILITATING ILLNESS AND RELATED HOSPITALALIZATION,** and know the contents thereof.

I am a party to the above entitled action or proceeding, and certify that the matters stated therein are facts of my own knowledge.

I declare under the penalty of perjury of the Laws of California state and *these* United States of the America, that the foregoing document is correct and complete to the best of my knowledge, information and belief, and that this Verification is executed by the voluntary act of my own hand in Santa Clara County and is dated this ninth day of the second month, in the year two thousand and sixteen, Anno Domini, in the Two-Hundred and thirty-ninth year of the Independence of the America.

_____
David Alan Morgensen, In Pro Se
Authorized Representative of DAVID ALAN MORGENSEN
(Legal distinction being made on the record)

# PROOF OF SERVICE

In the California state, Santa Clara County.

    I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action.

    I hereby declare under the penalty of perjury in California state and *these* United States of America, that I served the foregoing document entitled: **VERIFIED GOOD-FAITH NOTICE OF MOTION AND MOTION FOR A REASONABLE EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION DUE TO HIS SEVERE AND DEBILITATING ILLNESS AND RELATED HOSPITALALIZATION**, on the opposing party(ies) via SERVICE BY MAIL, addressed as follows:

> **BUCKLEYSANDLER LLP**
> **FREDRICK S. LEVIN (SBN 187603)**
> **JESSICA L. POLLET (SBN 266258)**
> **H. JOSEPH DRAPALISKI III (SBN 298791)**
> **100 Wilshire Boulevard, Suite 1000**
> **Santa Monica, California 90401**

    I declare under the penalty of perjury of the Laws of the California state and *these* united States of the America, that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this PROOF OF SERVICE is executed by the voluntary act of my own hand in Santa Clara County and is dated this ninth day of the second month, in the year two thousand and sixteen, Anno Domini, in the Two-Hundred and thirty-ninth year of the Independence of the America.

Syed Ali Haider

4722 Harwood Road

San Jose, CA 95124

4

**VERIFIED GOOD-FAITH NOTICE OF MOTION AND MOTION FOR A REASONABLE EXTENSION OF TIME TO FILE AND SERVE A FIRST AMENDED ACTION DUE TO HIS SEVERE AND DEBILITATING ILLNESS AND RELATED HOSPITALALIZATION**