United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, et al.,<br><br>  Defendants. | Case No.  5:15-cv-02000-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that plaintiff and defendant Greenwich Capital Financial Products, Inc. have reached a settlement, **on or before July 8, 2016**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **July 19, 2016, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause **no later than July 12, 2016** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and

1   the parties need not file a statement in response to this Order.
2       SO ORDERED.
3   Dated:   May 31, 2016

_____
Howard R. Lloyd
United States Magistrate Judge

5:15-cv-02000-HRL Notice has been electronically mailed to:

Daniel Raphael Paluch    dpaluch@buckleysandler.com, autodocket@buckleysandler.com

Fredrick Stuart Levin    flevin@buckleysandler.com, autodocket@buckleysandler.com, ccaunca@buckleysandler.com, dlinden@buckleysandler.com, docket@buckleysandler.com, dpaluch@buckleysandler.com, tthomas@buckleysandler.com

5:15-cv-02000-HRL Notice sent by U.S. Mail to:

David Alan Morgensen
c/o 375 Woodland Drive
Scotts Valley, CA 95066