UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>Plaintiff,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, et al.,<br><br>Defendants. | Case No. 5:15-cv-02000-HRL<br><br>**ORDER CONTINUING SHOW CAUSE HEARING** |

Based on the discussion held at the June 14, 2016 show cause hearing, the court orders as follows:

For additional guidance, plaintiff may wish to refer to the Federal Pro Se Program at the San Jose Courthouse. The Federal Pro Se Program is available by appointment and on a drop-in basis at Room 2070, 2nd Floor of the San Jose United States Courthouse (Monday to Thursday 1:00 p.m. to 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 a.m. to 12:00 p.m., on Friday by appointment only), or by calling (408) 297-1480.

If plaintiff believes he plausibly can allege viable claims for relief, he is given 10 days leave to file an amended complaint. Any amended complaint must be filed no later than **June 24, 2016**.

1    The hearing re the court's Order to Show Cause Why This Case Should Not Be Dismissed
2    is continued to **July 12, 2016, 10:00 a.m.**
3          SO ORDERED.
4    Dated:   June 14, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-02000-HRL Notice has been electronically mailed to:

Daniel Raphael Paluch    dpaluch@buckleysandler.com, autodocket@buckleysandler.com

Fredrick Stuart Levin    flevin@buckleysandler.com, autodocket@buckleysandler.com, ccaunca@buckleysandler.com, dlinden@buckleysandler.com, docket@buckleysandler.com, dpaluch@buckleysandler.com, tthomas@buckleysandler.com

5:15-cv-02000-HRL Notice sent by U.S. Mail to:

David Alan Morgensen
c/o 375 Woodland Drive
Scotts Valley, CA 95066