1  David Alan Morgensen
   c/o 375 Woodland Drive
2  Scotts Valley, California 95066

3  Phone 408-466-9311
   No Fax
4
   In Pro Se
5



FILED
JUN 24 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>Plaintiff,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, GREENWICH CAPITAL FINANCIAL, INC., A DELAWARE CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY, and DOES 1 through 10 inclusively,<br><br>Defendants. | Case No. 5:15-cv-2000-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY. and DOES 1 through 10 inclusively,**<br><br>Ctrm.: 2, 5th Floor<br>           San Jose Courthouse<br>Judge: The Hon. Magistrate Judge Howard R. Lloyd |

Case No. 5:15-cv-2000-HRL

NOTICE OF VOLUNTARY DISMISSAL

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3
4  **PLEASE TAKE NOTICE** that Plaintiff David Alan Morgensen ("Plaintiff")
5  requests that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendants
6  Downey Savings and Loan Association, FA, A California Corporation, U.S. Bank
7  of California, an Oregon Corporation, Central Mortgage Company, DBA Central
8
9  Mortgage Servicing Company and DOES 1 through 10 inclusively be dismissed
10  **without** prejudice from the above-entitled action.
11
12  DATED:                              Plaintiff Pro Se
13
14
15                                   By: _____
16                                        David Alan Morgensen
                                          c/o 375 Woodland Drive
17                                        Scotts Valley, CA 95066

2                                                    Case No. 5:15-cv-2000-HRL
NOTICE OF VOLUNTARY DISMISSAL