1  David Alan Morgensen
   c/o 375 Woodland Drive
2  Scotts Valley, California 95066

3  Phone 408-466-9311
   No Fax
4
   In Pro Se
5



FILED
JUN 24 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALAN MORGENSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, A CALIFORNIA CORPORATION, U.S. BANK OF CALIFORNIA, AN OREGON CORPORATION, GREENWICH CAPITAL FINANCIAL, INC., A DELAWARE CORPORATION, CENTRAL MORTGAGE COMPANY, DBA CENTRAL MORTGAGE SERVICING COMPANY, and DOES 1 through 10 inclusively,<br><br>　　　　Defendants. | Case No. 5:15-cv-2000-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF RBS FINANCIAL PRODUCTS INC., F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.**<br><br>Ctrm.: 2, 5th Floor<br>　　　　San Jose Courthouse<br>Judge: The Hon. Magistrate Judge Howard R. Lloyd |

Case No. 5:15-cv-2000-HRL

NOTICE OF VOLUNTARY DISMISSAL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff David Alan Morgensen ("Plaintiff") requests that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant RBS Financial Products Inc., formerly known as Greenwich Capital Financial Products, Inc., be dismissed **with** prejudice from the above-entitled action.

DATED:                    Plaintiff Pro Se

By: /s/ David Alan Morgensen
David Alan Morgensen
c/o 375 Woodland Drive
Scotts Valley, CA 95066